# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL BROOKS-JIMENEZ, PC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-23-959-G |
| | ) |
| **SENTINEL INSURANCE COMPANY, LTD,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The docket in this matter reflects that the attorney representing Plaintiff Michael Brooks-Jimenez, PC, is Marco Flores, whose office is located in San Antonio, Texas. As Mr. Flores is apparently not a resident of, and does not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. Flores shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See* LCvR 83.3(c); *see, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.).

IT IS SO ORDERED this 4th day of December, 2023.

_____
CHARLES B. GOODWIN
United States District Judge